IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PGT TRUCKING, INC.,            )
                               )
           Plaintiff,          )
                               )
     v.                        )   Civil Action No. 11-300
                               )
ROBERT B. LYMAN and LYMAN      )
CONSULTING, LLC,               )
                               )
           Defendants          )

ORDER

AND NOW, this 15th day of June, 2011, after the plaintiff filed an action in the above-captioned case, and after motions to dismiss were submitted by defendants Robert Lyman and Lyman Consulting, LLC, a motion to remand was submitted by the plaintiff, and a motion to transfer venue was filed on behalf of the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by defendants, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 25), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' motion to dismiss (Docket Nos. 6, 8) is DISMISSED as MOOT, plaintiff's motion to remand (Docket No. 12) is GRANTED, and defendants' motion to transfer venue (Docket. No. 15) is DENIED.

*William L. Standish*

United States District Judge